UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHEL DALLEMAGNE, ET AL.,

                Plaintiffs,        19-cv-7934 (JGK)

    - against -                ORDER

OMAR KHAN, ET AL.,

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The plaintiffs are entitled to a default judgment against all of the defendants in this case. The case is referred to the Magistrate Judge for an inquest on damages.

**SO ORDERED.**

Dated:    New York, New York
            January 10, 2020

                                    John G. Koeltl
                                **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-10-2020