UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
**MICHEL DALLEMAGNE, ET AL.,**

                 Plaintiffs,         19 Civ. 7934 (JGK)

         - against -                  <u>ORDER</u>

**OMAR KHAN, ET AL.,**

                 **Defendants.**
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

     This Court having determined that the plaintiffs were entitled to a default judgment against the defendants referred the matter to Magistrate Judge Wang for an inquest on damages. The Magistrate Judge issued a Report and Recommendation dated November 18, 2020. The time for filing objections has passed with no objections having been filed and therefore any objections have been waived. In any event, the Court has reviewed the Report and Recommendation and finds no basis to modify it, except that pre-judgment interest shall be awarded only until January 31, 2020, which is the date sought by the plaintiffs. The Court therefore adopts the Report and Recommendation and directs the Clerk to enter judgment in favor of the plaintiffs and against the defendants in accordance with the Report and Recommendation, except that pre-judgment interest shall be awarded through January 31, 2020 for all plaintiffs.

     **SO ORDERED.**

**Dated:**    **New York, New York**
            **December 7, 2020**           \_\_\_\_\_/s/ John G. Koeltl_____
                                                    **John G. Koeltl**
                                     **United States District Judge**