**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL DALLEMAGNE, ET AL.,
                        Plaintiffs,                  19 **CIVIL** 7934 (JGK)

          -against-                           **JUDGMENT**

OMAR KHAN, ET AL.,
                        Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 7, 2020, the Report and Recommendation is adopted and judgment is entered in favor of the plaintiffs and against the defendants as follows: Dallemagne is awarded $84,000 with 9% prejudgment interest accruing from April 10, 2014 through January 31, 2020, in the amount of $43,951.56. Leyze is awarded $75,000 with 9% prejudgment interest accruing from January 21, 2014 through January 31, 2020 in the amount of $40,703.42. Aragon is awarded $20,000 with 9% prejudgment interest accruing from January 29, 2014 through January 31, 2020 in the amount of $10,814.79; and Plaintiffs are awarded $1,315.93 in costs.

**Dated:**  New York, New York
           December 7, 2020

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                         **BY:**

                                              **Deputy Clerk**